## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIZE COOK, <br><br> Plaintiff, <br><br> vs. <br><br> DOMINO'S PIZZA, INC., <br><br> Defendant. | Civil Case No.: 1:26-cv-00005-CM <br><br> **SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Gize Cook has served upon Defendant Domino's Pizza, Inc. copies of the following documents:

1. Issued Summons;

2. Complaint;

3. Civil Cover Sheet;

4. Rule 7.1 Statement

5. Order Scheduling an Initial Conference

Attached hereto is a copy of the Affidavit of Service.

Dated: New York,
February 5, 2026

By: */s/ Emanuel Kataev, Esq*
Emanuel Kataev, Esq.
**CONSUMER ATTORNEYS, PLLC**
68-29 Main Street
Flushing NY 11367
T: (718) 412-2421 (office)
F: (718) 489-4155 (facsimile)
E: ekataev@consumerattorneys.com (e-mail)

*Attorneys for Plaintiff,*
*Gize Cook*

1

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GIZE COOK,<br><br>*Plaintiff(s)*<br>v.<br>DOMINO'S PIZZA, INC.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-cv-5<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Domino's Pizza, Inc.,
c/o Store No. 3321
220 East 161st Street,
Bronx, NY 10451-3543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 5, 2026                              /S/  S.  James
                                      *Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421    *FAX No:* | *For Court Use Only* |
| *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff(s) | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff(s):* Gize Cook | |
| *Defendant:* Domino's Pizza, Inc | |

| **AFFIDAVIT OF SERVICE**<br>By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV00005CM |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Rule 7.1 Statement; Order Scheduling an Initial Conference

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Wed., Feb. 04, 2026
   b. Place of Mailing:         Penryn, CA  95663
   c. Addressed as follows:     Domino's Pizza, Inc.
                                220 East 161st Street
                                Bronx, NY  10451

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Feb. 04, 2026 in the ordinary course of business.

5. Person Serving                                        Fee for Service:
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA  95663
   c. (916) 663-2562, FAX (916) 663-4955

8. *I declare under penalty of perjury under the laws of the State of CALIFORNIA and under the laws of the United States Of America that the foregoing is true and correct.*

| AFFIDAVIT OF SERVICE<br>By Mail | *Janis Dingman*<br>(Janis Dingman) | emkat.292182 |
|---|---|---|