# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 6, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Colleen McMahon, U.S.D.J.
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

      *Re:*    **Cook v. Domino's Pizza Inc.**
               **Case No.: 1:26-cv-5 (CM) (BCM)**

Dear Judge McMahon:

     This firm represents the Plaintiff Gize Cooke (hereinafter "Plaintiff") in the above-referenced case. Plaintiff respectfully submits this letter motion for an extension of time to file its Civil Case Management Plan. For the reasons set forth below, this Court should exercise its discretion in favor of granting the requested extensions. Consistent with ¶ I(D)(2) of this Court's Rules, Plaintiff respectfully submits that:

- The original deadline is Monday February 9, 2026;[1]
- There have been no previous requests for adjournment or extension;
- Accordingly, no previous requests have been granted or denied;
- Consent of the adversary could not be obtained as Defendant was only served on February 4, 2026 and has not yet appeared. <u>See</u> ECF Docket Entry [6](#).
- Plaintiff does not believe this requested extension will affect any other scheduled dates.

     In light of these circumstances, Plaintiff thus respectfully requests that this Court exercise its discretion in favor of granting the requested extension. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Flushing, New York
         February 6, 2026

Respectfully submitted,
**SAGE LEGAL LLC**
By: <u>*/s/ Emanuel Kataev, Esq.*</u>
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Gize Cook*

---

[1] <u>See</u> Fed. R. Civ. P. 6(a)(1)(C).