# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 11, 2026

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Colleen McMahon, U.S.D.J.
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

> SDNY
> MENT
> CTRONICALLY FILED
> DC #:
> E FILED: 3/11/2026

*Re:*     **Cook v. Domino's Pizza Inc.**
          **Case No.: 1:26-cv-5 (CM) (BCM)**

*Conference adjourned.*
*Colleen M. M*
*3/11/2026*

Dear Judge McMahon:

This firm represents the Plaintiff Gize Cook ("Plaintiff") in the above-referenced case. The Plaintiff writes to respectfully request an adjournment of the initial conference scheduled to proceed tomorrow, March 12, 2026 at 10:15 a.m.

Pursuant to ¶ 1(D)(2) of this Court's Individual Practices and Procedures (the "Practices"), Plaintiff respectfully submits that:

(i)     the original date is set forth above;

(ii)    there have been no previous requests for an adjournment of this conference;

(iii)   the reason for the request is as of the date of this letter, Defendant has not appeared in this action despite having been properly served with the summons and complaint. No counsel has appeared on Defendant's behalf, and Defendant has not otherwise responded to the pleadings. Plaintiff is presently preparing a request for entry of Clerk's certificate of default in light of Defendant's failure to appear or respond; and

(iv)    she does not believe that this request will affect any other scheduled dates.

The reason for this request is because your undersigned is required to appear in the Civil Court for the City of New York, Queens County

In light of the foregoing, Plaintiff respectfully submits that sufficient good cause and excusable neglect[1] exists for this Court to exercise its discretion in favor of granting the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(B).

---

[1] Plaintiff is cognizant that the Practices require requests for an adjournment be made at least forty-eight (48) hours prior to the scheduled appearance. See Practices ¶ 1(D)(1). Plaintiff's undersigned counsel was unable to sooner request this adjournment because his flight home on Sunday was cancelled such that he returned home before midnight on Monday and was required to appear before the Hon. James R. Cho, U.S.M.J. on Tuesday morning the following day.

Plaintiff thanks this honorable Court for its time and attention to this case, and apologizes for not being able to make this request sooner.

Dated:  Jamaica, New York
        March 11, 2026                         Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiff*
*Gize Cook*