UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| GIZE COOK, | : | |
| | : | |
|    Plaintiff | : | |
| | : | CASE NO. 1:26-cv-5 |
| VS. | : | |
| | : | NOTICE OF APPEARANCE |
| DOMINO'S PIZZA, INC., | : | |
| | : | |
|    Defendant | : | MARCH 16, 2026 |

## *CORRECTED* NOTICE OF APPEARANCE

Please enter the appearance of Robin B. Kallor as attorney for the DP Bronx, LLC., the owner and operator of the Domino's Pizza franchise in the above-captioned matter.

**DEFENDANT,
DP BRONX, LLC**

By /s/ Robin B. Kallor
Robin B. Kallor (rk6719)
Rose Kallor, LLP
750 Main Street, Suite 309
Hartford, CT  06103
(860) 361-7999
(860) 270-0710 (Fax)
Email: rkallor@rosekallor.com

## **CERTIFICATION**

       This is to certify that on this 16th day of March 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    Emanuel Kataev, Esq.
    Sage Legal LLC
    18211 Jamaica Avenue
    Jamaica, NY 11423
    Email: emanuel@sagelega.nyc

                                                  /s/ Robin B. Kallor
                                                      Robin B. Kallor