

Michael J. Rose
Robin B. Kallor*
Melinda A. Powell
Cindy M. Cieslak†
Megan L. Nielsen
Kimberly A. Winter
Amanda J. Blake
Taylor J. LaPira

Paralegal:
Vicky D. Pilon

*Also admitted in New York and New Jersey
†Also admitted in New York and Massachusetts

March 16, 2026

VIA ECF EFILING

Hon. Colleen McMahon
U.S.D.J. Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re:    No. 1:26-cv-5 (CM)(BCM); Gize Cook v. Domino's Pizza Inc.

Dear Judge McMahon,

This law firm was just retained by DP Bronx, LLC., the owner and operator of the Domino's Pizza franchise location at 220 W. 161st Street, Bronx, NY  10451.  We are hereby seeking a continuance through May 15, 2026 to file a responsive pleading in this case.  This extension is necessary due to work related conflict and an upcoming vacation of counsel and to afford counsel the opportunity to gather facts necessary to respond.  Plaintiff consents to the requested extension.

We appreciate the Court's consideration.

Very truly yours,

*Robin B. Kallor*

Robin B. Kallor

cc:    Emanuel Kataev, Esq. (via ECF filing)
       Sage Legal LLC
       18211 Jamaica Avenue
       Jamaica, NY 11423