**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | | |
|---|---|---|
| GIZE COOK, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO. 1:26-cv-5 |
| VS. | : | |
| | : | NOTICE OF APPEARANCE |
| DOMINO'S PIZZA, INC., | : | |
| | : | |
| Defendant | : | MARCH 17, 2026 |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael J. Rose as attorney for the DP Bronx, LLC., the owner and operator of the Domino's Pizza franchise in the above-captioned matter in addition to the appearances of Attorneys Robin B. Kallor and Cindy M. Cieslak.

**DEFENDANT,**
**DP BRONX, LLC**

By /s/ Michael J. Rose

Robin B. Kallor (rk6719)
Cindy M. Cieslak (CC0234)
Michael J. Rose (Rose4m)
Rose Kallor, LLP
750 Main Street, Suite 309
Hartford, CT  06103
(860) 361-7999
(860) 270-0710 (Fax)
Email: rkallor@rosekallor.com
ccieslak@rosekallor.com
mrose@rosekallor.com

## <u>CERTIFICATION</u>

This is to certify that on this 17th day of March 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Emanuel Kataev, Esq.
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423
Email: emanuel@sagelega.nyc

/s/ Michael J. Rose
Michael J. Rose