USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2026

## ROSE KALLOR LLP

**ATTORNEYS AT LAW**

Michael J. Rose
Robin B. Kallor*
Melinda A. Powell
Cindy M. Cieslak†
Megan L. Nielsen
Kimberly A. Winter
Amanda J. Blake
Taylor J. LaPira

Paralegal:
Vicky D. Pilon

*Also admitted in New York and New Jersey
†Also admitted in New York and Massachusetts

3/18/2026

There is no need for a "Rule 16" conference to address this issue; however, you are scheduled for such a conference on April 2 at 11:30. We can take up this matter at that time if it has not yet been resolved.

March 17, 2026

VIA ECF EFILING
Hon. Colleen McMahon, U.S.D.J.
United States District Court for the Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re:   No. 1:26-cv-5 (CM)(BCM); Gize Cook v. Domino's Pizza Inc.

Dear Judge McMahon,

This law firm represents DP Bronx, LLC, the owner and operator of the Domino's Pizza franchise location at 220 W. 161st Street, Bronx, NY 10451. We appeared on behalf of DP Bronx, LLC. Although Domino's Pizza, Inc. is the named Defendant, DP Bronx, LLC is the franchisee that owns and operates the Domino's Pizza location that was served at 220 161st Street, Bronx, NY 10451. We have notified counsel for the Plaintiff of the identity/correction of the Defendant party. We are hereby seeking a Rule 16 conference in an effort to avoid unnecessary motion practice as it relates to the substitution of the appropriate Defendant.

We appreciate the Court's time and consideration.

Respectfully submitted,

*Robin B. Kallor*

Robin B. Kallor

cc:   Emanuel Kataev, Esq. (via ECF filing)
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423

750 Main Street, Suite 309, Hartford, CT 06103 Phone: 860-361-7999 Fax: 860-270-0710
60 East 42nd Street, Suite 4600, New York, NY 10165 Phone: 212-485-9881
www.rosekallor.com