# ROSE KALLOR.

**ATTORNEYS AT LAW**

Michael J. Rose
Robin B. Kallor*
Melinda A. Powell
Cindy M. Cieslak†
Megan L. Nielsen
Kimberly A. Winter
Amanda J. Blake
Taylor J. LaPira

Paralegal:
Vicky D. Pilon

*Also admitted in New York and New Jersey
†Also admitted in New York and Massachusetts

*[Stamp: USDNY DOCUMENT ELECTRONICALLY FILED FILED: 3/31/2026]*

*[Handwritten: Ok, telephone conference scheduled for 4/2/2026 at 10:15 Am. Counsels should call chambers at 10:15 am to join the conference by phone.*

*Colleen McMahon*

*3/31/2026]*

March 30, 2026

VIA ECF EFILING

Hon. Colleen McMahon
U.S.D.J. Southern District of New York
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

Re:    No. 1:26-cv-5 (CM)(BCM); Gize Cook v. Domino's Pizza Inc.

Dear Judge McMahon,

We write jointly with counsel for the Plaintiff to request to appear by telephone for the status conference scheduled for April 2, 2026.

The initial conference was scheduled to be held in person. See Doc. 5. The rescheduled status conference does not indicate whether it will be held by phone or in person. See Doc. 18. Your Honor's Individual Practices and Procedures note that initial pretrial conferences will be held by phone unless the parties specifically request that the conference be held in person. In an effort to conserve the resources of the parties, counsel for the Plaintiff and DP Bronx[1] jointly request that the status conference scheduled for April 2, 2026, be held telephonically.

---

[1] The undersigned counsel represents DP Bronx, LLC. DP Bronx, LLC was served with the complaint, however, Domino's Pizza, Inc. is the named Defendant.

750 Main Street, Suite 309, Hartford, CT 06103 Phone: 860-361-7999 Fax: 860-270-0710
60 East 42nd Street, Suite 4600, New York, NY 10165 Phone: 212-485-9881
www.rosekallor.com

March 30, 2026
Page 2

We appreciate the Court's consideration of this request.

Very truly yours,

Cindy M. Cieslak

cc:    Emanuel Kataev, Esq. (via ECF filing)
Sage Legal LLC
18211 Jamaica Avenue
Jamaica, NY 11423